HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SAUL QUINTANA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAUL QUINTANA,<br><br>　　　　　Defendant. | Case No. 1:19-cr-00036-NONE-1<br><br>**STIPULATION TO WAIVE PRELIMINARY HEARING AND SET STATUS CONFERENCE; ORDER**<br><br>Date:  July 27, 2020<br>Time:  2:00 p.m. |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant, Saul Quintana, that the preliminary hearing currently scheduled for July 13, 2020, at 2:00 p.m. be vacated and a status conference be set for July 27, 2020, at 2:00 p.m.

　　　　Mr. Quintana made his initial appearance on June 29, 2020. At the hearing, the matter was set for a preliminary hearing on July 13, 2020, per counsel's request. Since the initial appearance, counsel has been able to further discuss the case with Mr. Quintana, via telephone. As a result of those communications, Mr. Quintana wishes to waive his right to a preliminary hearing on the petition to revoke supervision. In addition, Mr. Quintana seeks to have this matter set for a status conference in three weeks, in order to conduct additional investigation and to

discuss with the government a potential resolution of this matter. Accordingly, the parties agree that the preliminary hearing set for July 13, 2020 be vacated and a status hearing be set for July 27, 2020, at 2:00 p.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: July 7, 2020            */s/ Joseph Barton*
                              JOSEPH BARTON
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: July 7, 2020            */s/ Meghan D. McLoughlin*
                              MEGHAN D. McLOUGHLIN
                              Assistant Federal Defender
                              Attorney for Defendant
                              SAUL QUINTANA

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the preliminary hearing set for Monday, July 13, 2020 at 2:00 p.m. be vacated, and a status conference set for July 27, 2020 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **July 8, 2020**            /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE