HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SAUL QUINTANA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  SAUL QUINTANA,  Defendant. | Case No. 1:19-cr-00036-NONE-1  **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**  Date:  July 27, 2020  Time:  2:00 p.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant, Saul Quintana, that the status conference currently scheduled for July 27, 2020, at 2:00 p.m. be continued to August 12, 2020, at 2:00 p.m.

Mr. Quintana made his initial appearance on June 29, 2020. At the hearing, the matter was set for a preliminary hearing on July 13, 2020, per counsel's request. Subsequently, Mr. Quintana waived his right to a preliminary hearing and the parties stipulated to a status conference to be set for July 27, 2020 to allow for further communication between defense counsel and Mr. Quintana. Since that time, the parties have engaged in negotiations, and are close to resolving this matter. However, they require additional time to do so. Accordingly, the

1  parties agree that the status conference set for July 27, 2020 be continued to August 12, 2020, at
2  2:00 p.m.
3
4                                              Respectfully submitted,
5                                              McGREGOR W. SCOTT
                                               United States Attorney
6
7  Date: July 22, 2020                         /s/ Joseph Barton
                                               JOSEPH BARTON
8                                              Assistant United States Attorney
                                               Attorney for Plaintiff
9
10                                             HEATHER E. WILLIAMS
                                               Federal Defender
11
12 Date: July 22, 2020                         /s/ Meghan D. McLoughlin
                                               MEGHAN D. McLOUGHLIN
13                                             Assistant Federal Defender
                                               Attorney for Defendant
14                                             SAUL QUINTANA
15
16
17
18                                     **O R D E R**
19     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference set
20 for Monday, July 27, 2020 at 2:00 p.m. be continued to August 12, 2020 at 2:00 p.m.
21
22 IT IS SO ORDERED.
23
       Dated:   **July 22, 2020**              /s/ [signature]
24                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28

Quintana – Stipulation
and Proposed Order
                                       2