**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAUL QUINTANA,<br><br>　　　　　Defendant. | Case No. 1:19-cr-00036-NONE-1<br><br>**ORDER REQUIRING ADMINISTRATION OF PHYSICAL EXAM AND BLOOD WORK TO FACILITATE RELEASE TO TREATMENT PROGRAM** |

　　　The parties in this case, having agreed that an appropriate resolution of this case involves Defendant Saul Quintana's participation in a residential substance use treatment program, have been coordinating Mr. Quintana's admission into Central Valley Teen Challenge for the past several weeks. In order to be formally admitted into the program, however, Mr. Quintana must complete a physical and specific blood work, and the results of the physical examination and blood work must be provided to admissions coordinators at Central Valley Teen Challenge. Because Mr. Quintana is currently incarcerated, the physical examination and blood work must be performed at the Fresno County Jail. The Court understands that the medical staff at the Fresno County Jail may require a court order to administer the required tests. Accordingly, the Court HEREBY ORDERS that:

　　　(1) Medical staff at Fresno County Jail immediately administer a blood test to Mr. Quintana in

order to test for Hepatitis A, B and C, HIV, and venereal disease, if they have not already done so;

(2) Immediately perform a physical examination of Mr. Quintana, if they have not already done so; and

(3) As soon as possible forward the results of the physical examination and blood test to the U.S. Marshals Service, who are directed to immediately share the results with defense counsel in this case, Meghan D. McLoughlin, who will then forward the results to admissions coordinators at Central Valley Teen Challenge.

IT IS SO ORDERED.

Dated: **August 13, 2020**                /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE