HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SAUL QUINTANA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00036-NONE-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| SAUL QUINTANA, | Date:   October 20, 2020 |
| Defendant. | Time:   2:00 p.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant, Saul Quintana, that: Mr. Quintana has been released pending resolution of this matter on terms and conditions that include enrollment in and successful completion of the Central Valley Teen Challenge Treatment Program.  Mr. Quintana is currently enrolled and participating in that program.  So as not to disrupt Mr. Quintana's participation in the program, the parties agree that the status conference in this matter currently scheduled for October 20, 2020, at 2:00 p.m., may be continued to February 3, 2021, at 2:00 p.m.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>United States Attorney |
| Date: October 8, 2020 | */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 8, 2020 | */s/ Meghan D. McLoughlin*<br>MEGHAN D. McLOUGHLIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>SAUL QUINTANA |

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference set for Tuesday, October 20, 2020 at 2:00 p.m. be continued to **February 3, 2021 at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated: **October 8, 2020**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Quintana – Stipulation
and Proposed Order