HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SAUL QUINTANA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAUL QUINTANA,<br><br>Defendant. | Case No. 1:19-cr-00036-NONE-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   February 3, 2021<br>Time:  2:00 p.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant, Saul Quintana, that: Mr. Quintana has been released pending resolution of this matter on terms and conditions that include enrollment in and successful completion of the Central Valley Teen Challenge Treatment Program.  Mr. Quintana is currently enrolled and participating in that program.  So as not to disrupt Mr. Quintana's participation in the program, the parties agree that the status conference in this matter currently scheduled for February 3, 2021 at 2:00 p.m., may be continued to March 17, 2021, at 2:00 p.m.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| Date: January 27, 2021 | | */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 27, 2021 | | */s/ Meghan D. McLoughlin*<br>MEGHAN D. McLOUGHLIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>SAUL QUINTANA |

# **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference set for Wednesday, February 3, 2021, at 2:00 p.m. be continued to March 17, 2021, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **January 29, 2021**         /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

Quintana – Stipulation
and Proposed Order