HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SAUL QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAUL QUINTANA,<br><br>Defendant. | Case No. 1:19-cr-00036-NONE-1<br><br>NOTICE OF MOTION; UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE; STIPULATION FOR MODIFIED RELEASE ORDER; ORDER MODIFYING CONDITIONS OF RELEASE<br><br>Date: March 17, 2021<br>Time: 2:00 p.m. |

**PLEASE TAKE NOTICE** that on March 17, 2021 at 2:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Erica P. Grosjean, United States Magistrate Judge for the Eastern District of California, Saul Quintana, through his attorney Assistant Federal Defender Meghan D. McLoughlin, will move the Court for a modification of his conditions of release. The United States, through Assistant United States Attorney Joseph Barton, does not oppose this request, and agrees to Mr. Quintana's release on stipulated modified conditions.

///

///

///

///

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Saul Quintana hereby moves this Court for a modification of his conditions of release, originally ordered on August 27, 2020, so that he may leave the Central Valley Teen Challenge Program and reside at Christian Sober Living. (ECF Doc. 34). The Government does not oppose this Motion.

Mr. Quintana appeared in court for his initial hearing on a Petition for Revocation of Conditions of Supervised Release on June 29, 2020. (ECF Docs. 18, 22). At that time, the Government sought detention of Mr. Quintana, and Mr. Quintana submitted on the question of detention. (ECF No. 22). Subsequently, on August 31, 2020, Mr. Quintana was released to Central Valley Teen Challenge ("Teen Challenge"), in order to participate in and complete their one-year residential substance use treatment program. (ECF Nos. 32–34).

At this point, Mr. Quintana has completed over six months of the Teen Challenge program. During these six months, Mr. Quintana has remained at the Teen Challenge location and participated in one-on-one and group recovery programs. In addition, he spearheaded a fundraiser selling tamales in order to raise money for Teen Challenge, organizing and preparing a total of over 850 dozen tamales, and ultimately raising over $16,000 for Teen Challenge. *See* Exhibit A, Letter dated March 2, 2020 (sic) from David Davis, Kitchen and Catering Manager, Central Valley Teen Challenge. Because of the strict residential requirements, Mr. Quintana is not permitted to leave the Teen Challenge campus without prior approval or on any regular basis. As a result, while at Teen Challenge, he is not able to obtain employment. In light of his dedication and effort he has committed to his recovery, Mr. Quintana's counselor, Jeremy Snyder, now recommends that he be released early from Teen Challenge to a sober living home, so that he can begin to transition out of the program and into society, obtain employment, and help provide for his family. *See* Exhibit B, Letter dated March 4, 2021 from Jeremy Snyder.

Mr. Quintana has been accepted to Christian Sober Living home in Fresno, and the home is holding a bed for him pending a modified release order. *See* Exhibit C, Letter dated March 2, 2021, from Paul Gilman, Director of Christian Sober Living. At Christian Sober Living, Mr. Quintana will be afforded more freedom to leave the home and obtain employment, while also

benefiting from the structure and accountability of the home. Christian Sober Living requires that he pass random drug and alcohol tests, attend four recovery meetings a week, and attend a church service each week. *Id.* In addition, he will be required to attend Regeneration, a year-long, faith-based substance use program. *Id.*

Mr. Quintana now respectfully requests that this Court modify his conditions of release so that he may leave Teen Challenge, take residence at Christian Sober Living, and begin his reentry into society in a structured, supportive environment. Given the above, neither the Government nor United States Probation oppose the modification.

## STIPULATION FOR MODIFIED RELEASE ORDER

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant, Saul Quintana, that the conditions of Mr. Quintana's release, as set forth in ECF No. 34, be modified so that he may leave Teen Challenge before finishing the year-long program and as soon as March 18, 2021, and take residence at Christian Sober Living.

Specifically, the parties stipulate that Mr. Quintana has been compliant with his conditions of release, has meaningfully participated in the Teen Challenge program for over six months, and is ready to begin to reenter society by residing at Christian Sober Living, where he may obtain employment. This transition is supported by Mr. Quintana's counselor at Teen Challenge, Jeremy Snyder.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 8, 2021

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

Quintana – Motion to Modify Conditions, Stipulation
and Proposed Order

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: March 8, 2021 | /s/ Meghan D. McLoughlin<br>MEGHAN D. McLOUGHLIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>SAUL QUINTANA |

# ORDER

For the reasons stated in Defendant Saul Quintana's *Unopposed Motion to Modify Conditions of Release* and *Stipulation for Modification of Conditions of Release*, ~~for those reasons stated on the record on March 17, 2021~~, and noting that the Government and United States Probation do not oppose Mr. Quintana's release, the Court finds that there is good cause to modify Mr. Quintana's conditions of release, and that the conditions, as modified, continue to reasonably assure his appearance in Court and the safety of the community.

Therefore, the Court ORDERS that Mr. Quintana be released on all prior court-imposed conditions of supervised release, with the following modifications:

1. Mr. Quintana is no longer required to reside at or complete the Central Valley Teen Challenge Program; and
2. Beginning March 18, 2021, or as soon as he leaves the Teen Challenge campus, Mr. Quintana shall be required to reside at Christian Sober Living, in Fresno, California.

Dated: __March 8__, 2021

HON. ERICA P. GROSJEAN
United States Magistrate Judge