1  HEATHER E. WILLIAMS, CA Bar No. 122664
   Federal Defender
2  MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SAUL QUINTANA

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | Case No. 1:19-cr-00036-NONE-1 |
| 12                Plaintiff, | **STIPULATION TO RESCHEDULE SENTENCING HEARING; ORDER** |
| 13   vs. | |
| 14   SAUL QUINTANA, | Date:  May 14, 2021 |
| 15                Defendant. | Time:  8:30 a.m. |

16

17

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective

19   counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

20   Federal Defender Meghan D. McLoughlin, counsel for defendant, Saul Quintana, that: Mr.

21   Quintana admitted to Charge 6 of the Superseding Petition for Revocation of Supervised Release

22   on March 17, 2021, with the understanding that the government will seek dismissal of all

23   remaining charges at sentencing. ECF No. 42. This case was subsequently set for sentencing on

24   May 14, 2021 at 8:30 a.m. *Id*. At this time, the parties anticipate they will jointly recommend a

25   sentence of time-served at the time of sentencing, as Mr. Quintana has been out of custody, has

26   successfully participated in various substance use disorder treatments, and is otherwise compliant

27   with his conditions of supervised release. As a result, in the interests of justice, the parties agree

28   that it is appropriate to proceed with the sentencing hearing as soon as practicable, and now

1  move to reschedule the sentencing hearing one day earlier, to May 13, 2021 at 8:30 a.m. This

2  new date will allow Mr. Quintana to further his employment and attend to other matters related

3  to his conditions of release.

4       IT IS SO STIPULATED.

5

6                             Respectfully submitted,

7                             PHILLIP A. TALBERT
                              Acting United States Attorney

8

9  Date: April 27, 2021           */s/ Joseph Barton*
                              JOSEPH BARTON

10                            Assistant United States Attorney
                              Attorney for Plaintiff

11

12                            HEATHER E. WILLIAMS
                              Federal Defender

13

14 Date: April 27, 2021           */s/ Meghan D. McLoughlin*
                              MEGHAN D. McLOUGHLIN

15                            Assistant Federal Defender
                              Attorney for Defendant

16                            SAUL QUINTANA

17

18

19                        **O R D E R**

20      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set

21 for Friday, May 14, 2021 at 8:30 a.m. be rescheduled for May 13, 2021 at 8:30 a.m.

22 IT IS SO ORDERED.

23

24     Dated:   **April 27, 2021**                            
                              UNITED STATES DISTRICT JUDGE

25

26

27

28